IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SAFA ALIDOUST | PLAINTIFF |
| v. | CAUSE NO. 1:17cv35-LG-RHW |
| HANCOCK BANK, MISSISSIPPI, et al. | DEFENDANTS |

## FINAL ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST THE CITY OF BAY ST. LOUIS AND BRAD EPPERSON

**THIS MATTER IS BEFORE THE COURT** sua sponte. On August 25, 2017, this Court entered a Memorandum Opinion and Order [47] granting the Motion [26] to Dismiss filed by the City of Bay St. Louis and Brad Epperson. However, the Court granted the plaintiff Safa Alidoust permission to file an amended complaint by September 11, 2017, in an attempt to state federal claims against these defendants. Alidoust was cautioned that failure to file an amended complaint by this deadline would result in dismissal with prejudice of all claims filed against these defendants. Since Alidoust failed to file an amended complaint on or before September 11, 2017, his claims against the City of Bay St. Louis and Brad Epperson are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff Safa Alidoust's claims against the City of Bay St. Louis and Brad Epperson are

**DISMISSED WITH PREJUDICE** for the reasons stated in this Court's prior Memorandum Opinion and Order [47].

**SO ORDERED AND ADJUDGED** this the 13th day of November, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE