IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SAFA ALIDOUST                                               PLAINTIFF

v.                               CIVIL ACTION NO. 1:17cv35LG-RHW

HANCOCK COUNTY MISSISSIPPI, et al.            DEFENDANTS

### AGREED ORDER DISMISSING DEFENDANT, JOHN MONTGOMERY, M.D., WITH PREJUDICE

Following the filing of Defendant, John Montgomery, M.D.'s, Motion to Dismiss [Doc. #51], Motion for Summary Judgment [Doc. #53], and related Memoranda in Support [Doc. #52, 54], this Court has been informed that Plaintiff has agreed to dismiss the Defendant Montgomery in this action with prejudice; and, upon being so informed, this Court has determined that Defendant Montgomery should be dismissed with prejudice, and therefore,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant, John Montgomery, M.D., should be dismissed as a Defendant to this action with prejudice, with each party bearing its own costs, including attorney's fees.

**SO ORDERED AND ADJUDGED** this the 12th day of February, 2018.

                                       s/ *Louis Guirola, Jr.*
                                       Louis Guirola, Jr.
                                       United States District Judge

AGREED TO:

| | |
|---|---|
| */s/  Diane Herman Ellis* | /s/  Lynda Carter |
| Diane Herman Ellis | Lynda Carter |
| Attorney for Plaintiff, Safa Alidoust | Attorney for Defendant, John Montgomery, M.D. |

Prepared by:
Lynda Carter
WISE CARTER CHILD & CARAWAY
Lynda C. Carter, MSBN 99539
2510 14th Street, Suite 1125
Gulfport, MS 39501
Telephone: 228-867-7141
Fax: 228-867-7142
lcc@wisecarter.com