IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SAFA ALIDOUST**                                                                                            **PLAINTIFF**

V.                                                                                   **CA NO: 1:17-cv-35-LG-RHW**

**HANCOCK COUNTY MISSISSIPPI, ET AL.**                                             **DEFENDANTS**

**JOINT STIPULATION OF DISMISSAL**

COME NOW, Plaintiff Safa Alidoust, Defendant Hancock County, Mississippi, and all John and/or Jane Does, by and through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss this case as to all Defendants, without prejudice. Each party shall bear its own fees and costs.

WHEREFORE, the parties stipulate that this case be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Jointly stipulated this the _____ day of March, 2018.


Agreed & Approved:


/s/ *Dianne Herman Ellis*_____
DIANNE HERMAN ELLIS, ESQ. (MSB #102893)
ELLIS LAW FIRM, PLLC
1145 Robinson Avenue
Ocean Springs, MS 39564
Tel.  (228) 215-0037
Fax:  (228) 284-1889
dianne@ellislawfirmms.com
    *Attorney for Plaintiff*

/s/*William R. Allen*_____
WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. (601) 833-4361
Fax (601) 833-6647
wallen@aabalegal.com
kriley@aabalegal.com
      *Attorneys for Defendant Hancock County, Mississippi*